# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY CHEBUL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TUFT & NEEDLE, LLC,<br><br>*Defendant*. | Case No. 2:24-cv-02707-JLS-MAR<br><br>**ORDER SEALING CLASS ACTION COMPLAINT (Doc. 1)** |

1

## Order

The Class Action Complaint (Doc. 1) included an image that shows Plaintiff's address, phone number, and email address. Upon notice from the Parties, the Court provisionally sealed the Complaint. Having now received a Stipulation from the Parties (Doc. 30) and good cause existing, the Court GRANTS IN PART the Stipulation. The Complaint is ORDERED to be permanently sealed.

DATED: July 20, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE