UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02707-JLS-MAR                                         Date: July 30, 2024
Title:  Emily Chebul v. Tuft and Needle, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Doc. 20)**

   Before the Court is Defendant's motion to dismiss.  (Mot., Doc. 20.)  Plaintiff has since filed a First Amended Complaint ("FAC").  (FAC, Doc. 27).  "Because an amended complaint supersedes a prior complaint as a pleading, when a plaintiff elects to file an amended complaint, a district court may treat a pending motion to dismiss as moot."  *Wicker v. Walmart, Inc.*, 2021 WL 4184897, at *2 (C.D. Cal. Jan. 13, 2021).  Accordingly, the Court DENIES AS MOOT Defendant's motion to dismiss.

                                                                                            Initials of Deputy Clerk: cr