Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CHEBUL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TUFT & NEEDLE, LLC,<br><br>*Defendant*. | Case No. 2:24-cv-02707-JLS-MAR<br><br>**JOINT STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION AND TO MODIFY CASE SCHEDULE** |

1   Plaintiff Emily Chebul and Defendant Tuft & Needle, LLC jointly stipulate and
2  agree as follows:
3   WHEREAS, on July 26, 2024, the Parties filed a Joint Rule 26(f) Report with a
4  proposed case schedule of pretrial and trial dates (Dkt. 32);
5   WHEREAS, on August 7, 2024, after reviewing the Parties' Joint Rule 26(f)
6  Report, the Court issued a scheduling order that set forth a class certification briefing
7  schedule and discovery deadlines (Dkt. 37);
8   WHEREAS, although the Parties have been working diligently to complete
9  discovery, they jointly request that the current schedule be extended to allow additional
10 time before class certification briefing.  Good cause exists for the proposed modification.
11  Shay Graffius, Defendant's Mattress Brand Manager will be the primary witness on
12 topics relevant to class certification (Defendant's 30(b)(6) witness). Ms. Graffius is
13 currently on leave pursuant to the Family and Medical Leave Act and is not expected to
14 be able to sit for a full-day deposition until mid-June, which falls after the current class
15 certification deadlines. Declaration of Richard Lyon ("Lyon Decl."), ¶ 3.  Without the
16 proposed modification, Plaintiff would be unable to obtain the relevant discovery from
17 Ms. Graffius before class certification briefing.
18  Also, Defendant has identified ESI that is potentially responsive to pending
19 document requests concerning issues relevant to class certification.  Lyon Decl., ¶ 4.
20 Defendant is still in the process of reviewing this ESI and is working diligently on this
21 production.  *Id.*  The parties agree that holding depositions after this set of data has been
22 reviewed and responsive information has been produced would be most efficient.
23  Lastly, key members of Plaintiffs' litigation team, Christin Cho and Richard Lyon,
24 lived in the Pacific Palisades region that was recently devasted by fire.  Lyon Decl., ¶ 2.
25 Ms. Cho and Mr. Lyon have been juggling their work responsibility with emergency
26 endeavors, like securing new housing for their families, finding new schooling and
27 childcare for their children, remediating their properties, and processing insurance and
28

FEMA claims. *Id.* The proposed modification would allow them additional time to devote to this lawsuit before class certification proceedings.

NOW, THEREFORE, the Parties respectfully request and stipulate, subject to Court approval, that the case schedule will be modified as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to File Motion for Class Certification | March 7, 2025 | July 8, 2025 |
| Last Day to File Opposition to Motion for Class Certification | April 4, 2025 | August 11, 2025 |
| Last Day to File Reply in Support of Motion for Class Certification | May 2, 2025 | September 8, 2025 |
| Fact Discovery Cutoff | September 9, 2025 | January 9, 2026 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine) | September 23, 2025 | January 23, 2026 |
| Last Day to Serve Initial Expert Reports | September 23, 2025 | January 23, 2026 |
| Last Day to Serve Rebuttal Expert Reports | October 21, 2025 | February 20, 2026 |
| Last Day to Conduct Settlement Proceedings | November 11, 2025 | March 11, 2026 |
| Expert Discovery Cutoff | November 18, 2025 | March 18, 2026 |
| Last Day to File Daubert Motions | December 2, 2025 | April 2, 2026 |
| Last Day to File Motions in Limine | January 9, 2026 | May 8, 2026 |
| Final Pretrial Conference (10:30 a.m.) | February 20, 2026 | June 18, 2026 |

**IT IS SO STIPULATED.**

Dated: February 17, 2025

**DOVEL & LUNER, LLP**

By: */s/ Richard Lyon*
Richard Lyon
rick@dovel.com

Joint Stipulation Regarding Motion for   Case No. 2:24-cv-02707-JLS-MAR
Class Certification and Case Schedule        2

|   |   |   |
|---|---|---|
| 1 |  | Christin Cho |
| 2 |  | christin@dovel.com |
|   |  | Simon Franzini |
| 3 |  | simon@dovel.com |
| 4 |  |   |
| 5 |  | *Attorneys for Plaintiff* |
| 6 | Dated: February 17, 2025 | **QUARLES & BRADY LLP** |
| 7 |  | By: /s/ *Johanna M. Wilbert* |
| 8 |  | Johanna M. Wilbert |
|   |  | johanna.wilbert@quarles.com |
| 9 |  | Matthew J. Splitek |
| 10 |  | matthew.splitek@quarles.com |
| 11 |  | Christina Snider |
|   |  | christina.snider@quarles.com |
| 12 |  | Nathan Oesch |
| 13 |  | nathan.oesch@quarles.com |
|   |  | Elise Ashley |
| 14 |  | elise.ashley@quarles.com |
| 15 |  |   |
| 16 |  | *Attorneys for Defendant* |
|   |  | *Tuft & Needle, LLC* |
| 17 |  |   |