Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

**DENIED BY ORDER OF THE COURT**

The parties have been advised that the Court "does not modify Scheduling Orders to accommodate mediation or settlement negotiations, which occur in every case." See Initial Standing Order (Doc. 9), incorporating Judge Staton's Procedures web page. If and when the parties can represent they have reached a settlement, they may seek to modify the Scheduling Order deadlines.

**FILED**
CLERK, U.S. DISTRICT COURT
09/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY CHEBUL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TUFT & NEEDLE, LLC,<br><br>*Defendant.* | Case No. 2:24-cv-02707-JLS-MAR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE AND CONTINUE HEARING** |

1  Upon consideration of Plaintiff Emily Chebul and Defendant Tuft & Needle
2  LLC's Joint Stipulation to Extend Deadline for Plaintiff's Reply in Support of Class
3  Certification and to Continue the Hearing on the Motion, and good cause appearing
4  therefor, **IT IS HEREBY ORDERED** that that the deadline for Plaintiff's Reply in
5  Support of Motion for Class Certification be extended to October 6, 2025, and the
6  hearing on Plaintiff's Motion for Class Certification be continued to October 31, 2025 at
7  10:30 a.m. All other deadlines to remain the same.

9  **IT IS SO ORDERED**.

11  DATED: _____, 2025

14  HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE