Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CHEBUL, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> TUFT & NEEDLE, LLC, <br><br> *Defendant*. | Case No. 2:24-cv-02707-JLS-MAR <br><br> **NOTICE OF SETTLEMENT; JOINT STIPULATION TO CONTINUE HEARING** |

1  Plaintiff Emily Chebul and Defendant Tuft & Needle, LLC hereby file this Notice
2  of Settlement and jointly stipulate and agree as follows, subject to Court approval:
3  On September 29, 2025, the Parties reached agreement on the material terms of a
4  settlement and entered a fully executed term sheet. The Parties are now working on the
5  longform settlement agreement.
6  Because the parties "have reached a settlement, they seek to modify the Scheduling
7  Order," Dkt. 72 (Order), as follows:
8  Subject to Court approval, the Parties respectfully request that the Court continue
9  the class certification hearing currently scheduled for October 10, 2025 by four weeks, to
10 November 7, 2025, or as soon thereafter as is convenient for the Court. A proposed
11 Order accompanies this stipulation.

14 Dated: October 1, 2025       **DOVEL & LUNER, LLP**

15                              By: */s/ Richard Lyon*
                                Richard Lyon
16                              rick@dovel.com
17                              Christin Cho
                                christin@dovel.com
18                              Simon Franzini
19                              simon@dovel.com

20                              *Attorneys for Plaintiff*

23 Dated: October 1, 2025       **QUARLES & BRADY LLP**

24                              By: */s/ Matthew J. Splitek*
                                Johanna M. Wilbert
25                              johanna.wilbert@quarles.com
26                              Christina Snider
                                christina.snider@quarles.com
27                              Nathan Oesch
28                              nathan.oesch@quarles.com

Notice of Settlement and Stipulation                Case No. 2:24-cv-02707-JLS-MAR

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew J. Splitek
matthew.splitek@quarles.com

*Attorneys for Defendant*
*Tuft & Needle, LLC*

**Attestation of Compliance**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 1, 2025        /s/ Richard Lyon
                              Richard Lyon