Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY CHEBUL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TUFT & NEEDLE, LLC,<br><br>*Defendant*. | Case No. 2:24-cv-02707-JLS-MAR<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Tuft & Needle, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 4, 2025  **DOVEL & LUNER, LLP**

By: /s/ Richard Lyon
Richard Lyon
rick@dovel.com
Simon Franzini
simon@dovel.com
Grace Bennett
grace@dovel.com

*Attorneys for Plaintiff*

Dated: November 4, 2025  **QUARLES & BRADY LLP**

By: /s/ Matthew J. Splitek
Johanna M. Wilbert
johanna.wilbert@quarles.com
Christina Snider
christina.snider@quarles.com
Nathan Oesch
nathan.oesch@quarles.com
Matthew J. Splitek
matthew.splitek@quarles.com

*Attorneys for Defendant*
*Tuft & Needle, LLC*

Joint Stipulation of Dismissal  1  Case No. 2:24-cv-02707-JLS-MAR

| | |
|---|---|
| 1 | |
| 2 | **Attestation of Compliance** |
| 3 | Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories |
| 4 | listed, and on whose behalf the filing is submitted, concur in the filing's content and have |
| 5 | authorized the filing. |
| 6 | |
| 7 | |
| 8 | Dated: November 4, 2025                                By: */s/ Richard Lyon* |
| 9 |                                                                              Richard Lyon |